**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVO TRANSFORMA TECHNOLOGIES, LLC, <br><br>            Plaintiff, <br><br> v. <br><br> NTCH, INC. D/B/A/ CLEAR TALK, <br><br>            Defendant. | Civil Action No. 1:13cv01121-RGA <br><br> JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Novo Transforma Technologies, LLC ("NTT") moves to dismiss this action, with each party to bear its own costs, expenses, and attorneys' fees. The parties have met and conferred, and Defendant NTCH, Inc. does not oppose this motion.

Dated: October 25, 2013

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
*Counsel for Plaintiff*
*Novo Transforma Technologies, LLC*

**SO ORDERED**, this _____ day of _____, 2013.

_____
Richard G. Andrews
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2013, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

　　　　　　　　　　　　　　　　　　　　*/s/ Richard C. Weinblatt*
　　　　　　　　　　　　　　　　　　　　Richard C. Weinblatt #5080